WR-86,973-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/6/2017 4:24 PM
Accepted 10/6/2017 4:31 PM
DEANA WILLIAMSON
CLERK

Court of Criminal Appeals Cause No. _____

RECEIVED
COURT OF CRIMINAL APPEALS
10/6/2017
DEANA WILLIAMSON, CLERK

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

EX PARTE
ADAM REPOSA,
APPLICANT

On a Judgement of Criminal Contempt
in cause number C-1-CR-17-100018
in the County Court at Law No. 5
of Travis County, Texas

**APPLICANT'S AMENDED EMERGENCY MOTION FOR STAY AND/OR MOTION FOR BOND PENDING THE FILING OF WRIT OF HABEAS CORPUS**

Submitted by:
Carissa L. Beene
SBN: 24071967
215 W. University Avenue
Georgetown, TX 78626
512-850-0555
512-354-7416 (fax)
cbeene@defendtx.com

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Adam Reposa, Applicant, by and through Carissa L. Beene, his attorney of record, and files this Applicant's Emergency Motion for Stay and/or Motion for Bond Pending the Filing of Writ of Habeas Corpus, and would respectfully show the Court the following:

I.

Applicant, Adam Reposa, is an attorney licensed to practice law in the State of Texas. On September 11, 2017, Judge Paul Davis, sitting by assignment in Travis County as a contempt court, heard evidence on a contempt complaint against Applicant. On September 20, 2017, the contempt court issues findings of contempt and sentenced Applicant to six months incarceration, to commence on September 29, 2017. On motion of the Applicant the contempt court hearing stayed execution of the sentence until it could consider Applicant's bond request on October 2, 2017. The contempt court has now denied Applicant a personal or surety bond pending post-conviction proceedings on the order of contempt and the sentence. Attached as Appendix A is a copy of the amended judgment of contempt.

II.

The State opposes this motion.

III.

Applicant intends to invoke this Court's original writ jurisdiction and file a writ of habeas corpus challenging the judgment of contempt made in the court below. Applicant believes that the judgment of contempt is void, *Ex parte Amaya*, 748 S.W.2d 224, 224 (Tex. 1988), and that subsequent punishment by Judge Davis is unlawful . However, Applicant is unable to file a writ of habeas corpus immediately because the record cannot be obtained immediately. Therefore, in

order to maintain the status quo ante and to ensure that Applicant's request for relief is not rendered moot, Applicant respectfully requests that this Court, as it sees fit, either stay the execution of the judgment of contempt, set a bond for Mr. Reposa, or both pending the outcome of the writ proceedings. In the event that this Court sets a bond, Applicant also requests that this Court grant him release on personal bond, as an officer of the court. In the event that Applicant is not successful in ultimately obtaining relief, there will be time enough to serve his sentence at a later date.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully moves this court to stay the judgment of contempt in the court below and/or set a bond, and to grant personal bond pending future habeas proceedings.

Respectfully submitted,

C. Beene

_____
Carissa Beene
Attorney for Applicant
SBN: 24071967
215 W. University Ave.
Georgetown, TX 78626

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Emergency Motion for Stay and/or Motion for Bond pending the filing of Writ of Habeas Corpus was served upon the attorney for the State on October 6, 2017.

C. Beene

_____
Carissa Beene